### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In re HOVBROS FRIES MILL LLC

Case No. 16-13893 (JNP)
Reporting Period: APRIL 2016

### MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Y | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | Y | x |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | Y | x |
| Balance Sheet | MOR-3 | Y | |
| Status of Postpetition Taxes | MOR-4 | Y | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Y | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Y | |
| Debtor Questionnaire | MOR-5 | Y | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____     Date   5-20-16
Signature of Debtor

_____     Date
Signature of Joint Debtor

_____     Date   5-20-16
Signature of Authorized Individual*

Robert W. Haslam                    V.P. of Operations
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(9/99)

In re HOVBROS FRIES MILL LLC
Debtor

Case No. 16-13893 (JNP)

Reporting Period: APRIL 2016

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 0.00 | | | | 0.00 | 100.00 | 100.00 | 100.00 |
| | | | | | | | | |
| RECEIPTS | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | 450.00 | | | | 450.00 | 340.00 | 450.00 | 340.00 |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| TOTAL RECEIPTS | 450.00 | | | | 450.00 | 340.00 | 450.00 | 340.00 |
| | | | | | | | | |
| DISBURSEMENTS | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/RENTAL/LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | 15.00 | | 15.00 |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | 325.00 | | | | 325.00 | 325.00 | 325.00 | 325.00 |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | 325.00 | | | | 325.00 | 340.00 | 325.00 | 340.00 |
| | | | | | | | | |
| NET CASH FLOW | | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | 125.00 | | | | 125.00 | 0.00 | 125.00 | 0.00 |
| | | | | | | | | |
| CASH - END OF MONTH | 125.00 | | | | 125.00 | 100.00 | 125.00 | 100.00 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN) | |
| --- | --- |
| TOTAL DISBURSEMENTS | 325.00 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 325.00 |

FORM MOR-1
(9/99)

In re HOVBROS FRIES MILL LLC
Debtor

Case No. 16-13893 (JNP)
Reporting Period: APRIL 2016

## BANK RECONCILIATIONS
Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| BALANCE PER BOOKS | | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

OTHER

SEE ATTACHED BANK RECONCILATION

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re HOVBROS FRIES MILL LLC
Debtor

Case No. 16-13893 (JNP)

Reporting Period: APRIL 2016

Explanation
D,I,P. checking account opened in April

In re HOVBROS FRIES MILL LLC                       Case No.16-13893 (JNP)
                    Debtor                         Reporting Period.: APRIL 2016

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is
realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 0.00 | 0.00 |
| Less: Returns and Allowances | 0.00 | 0.00 |
| Net Revenue | 0.00 | 0.00 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 0.00 | 0.00 |
| Add: Purchases | 0.00 | 0.00 |
| Add: Cost of Labor | 0.00 | 0.00 |
| Add: Other Costs (attach schedule) | 0.00 | 0.00 |
| Less: Ending Inventory | 0.00 | 0.00 |
| Cost of Goods Sold | 0.00 | 0.00 |
| Gross Profit | 0.00 | 0.00 |
| **OPERATING EXPENSES** | | |
| Advertising | 0.00 | 0.00 |
| Auto and Truck Expense | 0.00 | 0.00 |
| Bad Debts | 0.00 | 0.00 |
| Contributions | 0.00 | 0.00 |
| Employee Benefits Programs | 0.00 | 0.00 |
| Insider Compensation* | 0.00 | 0.00 |
| Insurance | 0.00 | 0.00 |
| Management Fees/Bonuses | 0.00 | 0.00 |
| Office Expense | 0.00 | 0.00 |
| Pension & Profit-Sharing Plans | 0.00 | 0.00 |
| Repairs and Maintenance | 0.00 | 0.00 |
| Rent and Lease Expense | 0.00 | 0.00 |
| Salaries/Commissions/Fees | 0.00 | 0.00 |
| Supplies | 0.00 | 0.00 |
| Taxes - Payroll | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Taxes - Other | 0.00 | 0.00 |
| Travel and Entertainment | 0.00 | 0.00 |
| Utilities | 0.00 | 0.00 |
| Other (attach schedule) | 52.50 | 52.50 |
| Total Operating Expenses Before Depreciation | 52.50 | 52.50 |
| Depreciation/Depletion/Amortization | 0.00 | 0.00 |
| Net Profit (Loss) Before Other Income & Expenses | -52.50 | -52.50 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | 0.00 | 0.00 |
| Interest Expense | 0.00 | 0.00 |
| Other Expense (attach schedule) | 0.00 | 0.00 |
| Net Profit (Loss) Before Reorganization Items | 0.00 | 0.00 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 0.00 | 0.00 |
| U. S. Trustee Quarterly Fees | 0.00 | 325.00 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | 0.00 | 0.00 |
| Gain (Loss) from Sale of Equipment | 0.00 | 0.00 |
| Other Reorganization Expenses (attach schedule) | 0.00 | 0.00 |
| Total Reorganization Expenses | 0.00 | 325.00 |
| Income Taxes | 0.00 | 0.00 |
| Net Profit (Loss) | -52.50 | -377.50 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2

(9/99)

In re HOVBROS FRIES MILL LLC
        Debtor

Case No.___16-13893 (JNP)
Reporting Period: APRIL 2016

## STATEMENT OF OPERATIONS – continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| Annual state reporting filing | 52.5 | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 (CON'T)
(9/99)

In re  HOVBROS FRIES MILL LLC
       Debtor

Case No  16-13893 (JNP)
Reporting Period  APRIL 2016

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only  Pre-petition liabilities must be classified separately from postpetition obligations

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 123 00 | 0 00 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | 11,467.37 | 11,467.37 |
| Accounts Receivable (Net) | 0 00 | 0 00 |
| Notes Receivable | 0 00 | 0 00 |
| Inventories | 0 00 | 0 00 |
| Prepaid Expenses | 0 00 | 0 00 |
| Professional Retainers | 0 00 | 0 00 |
| Other Current Assets (attach schedule) | 0 00 | 0 00 |
| *TOTAL CURRENT ASSETS* | 11,592 37 | 11,467 37 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 2,736,024 39 | 2,734,392 98 |
| Machinery and Equipment | 0 00 | 0 00 |
| Furniture, Fixtures and Office Equipment | 0 00 | 0 00 |
| Leasehold Improvements | 0 00 | 0 00 |
| Vehicles | 0 00 | 0 00 |
| Less Accumulated Depreciation | 0 00 | 0 00 |
| *TOTAL PROPERTY & EQUIPMENT* | 2,736,024 39 | 2,734,392 98 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | 0 00 | 0 00 |
| Other Assets (attach schedule) | 0 00 | 0 00 |
| *TOTAL OTHER ASSETS* | 0 00 | 0 00 |
| | | |
| **TOTAL ASSETS** | 2,747,616.76 | 2,745,860 35 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | 1,631 41 | 0 00 |
| Taxes Payable (refer to FORM MOR-4) | 0 00 | 0 00 |
| Wages Payable | 0 00 | 0 00 |
| Notes Payable | 0 00 | 0 00 |
| Rent / Leases - Building/Equipment | 0 00 | 0 00 |
| Secured Debt / Adequate Protection Payments | 0 00 | 0 00 |
| Professional Fees | 0 00 | 0 00 |
| Amounts Due to Insiders* | 644,646 47 | 644,646 47 |
| Other Postpetition Liabilities (attach schedule) | 0 00 | 0 00 |
| *TOTAL POSTPETITION LIABILITIES* | 646,277 88 | 644,646 47 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 1,829,863 73 | 1,829,863 73 |
| Priority Debt | 0 00 | 0 00 |
| Unsecured Debt | 85,416 62 | 85,416 62 |
| *TOTAL PRE-PETITION LIABILITIES* | 1,915,280 35 | 1,915,280 35 |
| | | |
| *TOTAL LIABILITIES* | 2,561,558 23 | 2,559,926 82 |
| *OWNER EQUITY* | | |
| Capital Stock | 0 00 | 0 00 |
| Additional Paid-In Capital | 0 00 | 0 00 |
| Partners' Capital Account | 186,033 53 | 185,933 53 |
| Owner's Equity Account | 0 00 | 0 00 |
| Retained Earnings - Pre-Petition | 0 00 | 0 00 |
| Retained Earnings - Postpetition | -177 50 | 0 00 |
| Adjustments to Owner Equity (attach schedule) | 0 00 | 0 00 |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | 402 50 | 0 00 |
| *NET OWNER EQUITY* | 186,058 53 | 185,933 53 |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 2,747,616.76 | 2,745,860.35 |

FORM MOR-3
(9/99)

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re  HOVBROS FRIES MILL LLC
      Debtor

Case No. 16-13893 (JNP)
Reporting Period:  APRIL 2016

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
|     funding for quarterly payment | 350.00 | |
|     funding for state reporting | 52.50 | |
| | | |
| | | |
| | | |

Restricted Cash:  cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated
       into a separate account, such as an escrow account.

FORM MOR-3 (CON'T)
(9/99)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re HOVBROS FRIES MILL LLC

Debtor

Case No.16-13893 (JNP)

Reporting Period.: APRIL 2016

EXPLANATION

Amounts Due to Insiders - this amount is an intercompany payable

Secured Debt - is the TD loan for $1,815,371.22 and taxes due to Twp of $14,492.51 pre-petition
Unsecured Debt - is accounts payable to other vendors pre-petition

In re  HOVBROS FRIES MILL LLC
        Debtor

Case No. _16-13893 (JNP)
Reporting Period: APRIL 2016

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | 0.00 |
| FICA-Employee | | | | | | 0.00 |
| FICA-Employer | | | | | | 0.00 |
| Unemployment | | | | | | 0.00 |
| Income | | | | | | 0.00 |
| Other: | | | | | | 0.00 |
|   Total Federal Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **State and Local** | | | | | | |
| Withholding | | | | | | 0.00 |
| Sales | | | | | | 0.00 |
| Excise | | | | | | 0.00 |
| Unemployment | | | | | | 0.00 |
| Real Property | | | | | | 0.00 |
| Personal Property | | | | | | 0.00 |
| Other: | | | | | | 0.00 |
|   Total State and Local | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Taxes** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 1,631.41 | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Postpetition Debts** | 1,631.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

_____

_____

_____

_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(9/99)

In re HOVBROS FRIES MILL LLC
    Debtor

Case No. 16-13893 (JNP)
Reporting Period: APRIL 2016

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 0 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Total Accounts Receivable at the end of the reporting period | 0 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 0 |
| 31 - 60 days old | 0 |
| 61 - 90 days old | 0 |
| 91+ days old | 0 |
| Total Accounts Receivable | 0 |
| Amount considered uncollectible (Bad Debt) | 0 |
| Accounts Receivable (Net) | 0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |

FORM MOR-5
(9/99)

**BANK RECONCILIATION**

MONTH:              **April-16**

HOVBROS FRIES MILLS          PREPARED BY: SLP                    5/16/2016

General Ledger Beginning Balance:

Deposits:                                                          450.00

Disbursements:                                                    -325.00

Prior Month's Adj Jes:
Prior Month's Adj Jes:

Current Month Adjusting Entries:


GENERAL LEDGER ENDING BALANCE                                     125.00

Bank Fees:

Interest:


Adjusted General Ledger Ending Balance                            125.00

Add: Outstanding Checks

| CK # | DATE | AMOUNT |
|------|------|--------|
| 1575 | 4/28/16 | 325.00 |
|      |      |        |
|      |      |        |
|      |      |        |

                                                                  325.00

Less: Deposits In Transit

| Date | Amount |  |
|------|--------|--|
|      |        |  |
|      |        |  |

Reconciled General Ledger Balance                                 450.00

Bank Ending Balance:
              Sweep
              Operating          450.00
              Pivot
              Evergrn
              Cash
                                                                  450.00

Adjustments to Bank Balance (Operating)


Bank Adjusted Balance                                             450.00

Reconciliation Difference                                         0.00

# PARKE BANK
*A Return to Better Banking®*

P.O. Box 40
601 Delsea Dr.
Sewell, NJ 08080

**RETURN SERVICE REQUESTED**

>000746 3938795 0001 092537 10Z

HOVBROS FRIES MILL LLC
DEBTOR IN POSSESSION
CASE #16-13893
900 BIRCHFIELD DR
MOUNT LAUREL NJ 08054-4017

## Statement Ending 04/30/2016
Page 1 of 4



Managing Your Accounts

| | | |
|---|---|---|
| Phone Number | 1.866.PARKEBK (727.5325) | |
| Mailing Address | P.O. Box 40, 601 Delsea Dr., Sewell, NJ 08080 | |
| Online Access | www.parkebank.com | |

---

*Welcome to Our New Statement Format*

You spoke and we heard you! In response to customer feedback we have improved our statements:

-Account Numbers are now masked for security.
-Business Account History now lists credits and debits separately for easy reconciliation.

This new format allows us to provide you with enhanced information to help you manage your finances. Please feel free to contact us if you have any questions.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Parke Business | XXXXXXXX1853 | $450.00 |

# Parke Business - XXXXXXXX1853
## Parke Business Checking

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 04/21/2016 | Beginning Balance | $0.00 |
| | 2 Credit(s) This Period | $450.00 |
| | 0 Debit(s) This Period | $0.00 |
| 04/30/2016 | Ending Balance | $450.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 04/21/2016 | Deposit Internet Transfer from 9000399984 CK | $100.00 |
| 04/28/2016 | Deposit Internet Transfer from 9000399984 CK | $350.00 |



Member
FDIC



EQUAL HOUSING
LENDER



**Statement Ending 04/30/2016**

Page 3 of 4



## Parke Business - XXXXXXXX1853 (continued)
## Parke Business Checking

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

HOVBROS FRIES MILL LLC - D.I.P. - 16-13893 (JNP)

General Ledger for a Specific Account

1/1/2016 to 4/30/2016

GL ACCOUNT: 100112          PARKE BANK - D.I.P.

| Date | Reference | | Posting Remarks | Debit | Credit | CostCnt | Vendor | Invoice | CHK# | Sect | House | CostCode |
|------|-----------|---|-----------------|-------|--------|---------|--------|---------|------|------|-------|----------|
| 4/21/2016 | 336793 | JE | FUND NEW PARKE BANK D.I.P. ACCOUNT VIA JSH LLC TRANSFER - | $100.00 | | | | | | | | |
| 4/28/2016 | 336978 | CK | CHECK PROCESSING OF WO/PO - CHECK PROCESSING | | $325.00 | | | | | | | |
| 4/28/2016 | 336982 | CR | TRANSFER FUNDS FROM JSH, LLC TO #637 FRIES MILL D.I.P. 16-13893 (JNP) ACCOUNT - | $350.00 | | | | | | | | |
| | | | Total for the Month: | $450.00 | $325.00 | | | | | | | |
| | | | | $450.00 | $325.00 | | | | | | | |

Ending Balance for the Period          $125.00

$450.00          $325.00

Account Balance          $125.00

## HOVBROS FRIES MILL LLC - D.I.P. - 16-13893 (JNP)
### Check Register
### 4/1/2016 to 4/30/2016

| Sub Co | Check# | Status | Check Date | Amount | Vendor | Paid To Order of | | Bank | Manual | SRC |
|--------|--------|--------|-----------|--------|--------|------------------|---|------|--------|-----|
| Cash Account | 100112 | | | | | | | | | |
| 537 | 001575 | | 4/28/2016 | 325.00 | 059053 | U.S. TRUSTEE | | A | ☐ | C |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account Total: | 325.00 | | | Register Total: | 325.00 | |
| | | | | VOIDS Total: | 0.00 | |
| | | | | Net Paid: | 325.00 | |

| | |
|---|---|
| Register Total: | 325.00 |
| VOIDS Total: | 0.00 |
| Net Paid: | 325.00 |

# A/P Aged  Invoice Report
## As of 04/30/2016

| Vendor | Name | Invoice# | Inv Date | Due Date | Balance | Current | Due | 30 | 60 | 90 | 120 |
|--------|------|----------|----------|----------|---------|---------|-----|----|----|----|-----|
| **Company:** | **637** | **HOVBROS FRIES MILL LLC** | | **DIP FRIES MILL** | | | | | | | |
| 002081 | MONROE TOWNSHIP | TXL1480112Q 2-2016 | 5/1/2016 | 5/1/2016 | 1,529.50 | 1,529.50 | | | | | |
| | | TXL1480112Q 2-2016 | 5/1/2016 | 5/1/2016 | 101.91 | 101.91 | | | | | |
| | | | Vendor Totals: | | 1,631.41 | 1,631.41 | | | | | |
| **Company:** | **637** | | Company Totals: | | 1,631.41 | 1,631.41 | | | | | |

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

JSHOV-6    OP ID: KD

DATE (MM/DD/YYYY)
04/21/2016

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | | |
|---|---|---|---|---|
| The Martin Company 500 Jessup Road West Deptford, NJ 08066 Sam Martin | PHONE (A/C, No, Ext): 856-845-3636 | | FAX (A/C, No): 856-845-9191 | |
| | E-MAIL ADDRESS: | | | |
| | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| | INSURER A : Evanston Ins Co. | | | |
| INSURED Hovbros Fries Mills,LLC 900 Birchfield Drive Mt. Laurel, NJ 08054 | INSURER B : | | | |
| | INSURER C : | | | |
| | INSURER D : | | | |
| | INSURER E : | | | |
| | INSURER F : | | | |

COVERAGES        CERTIFICATE NUMBER:        REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|---|
| A | X | COMMERCIAL GENERAL LIABILITY | | | 3C41104 | 04/06/2016 | 04/06/2017 | EACH OCCURRENCE | $ 1,000,000 |
| | | CLAIMS-MADE [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | OTHER: | | | | | | | $ |
| | | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | | ALL OWNED AUTOS  SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | | HIRED AUTOS  NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | | $ |
| | | UMBRELLA LIAB  OCCUR | | | | | | EACH OCCURRENCE | $ |
| | | EXCESS LIAB  CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | | DED  RETENTION $ | | | | | | | $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | | | | | PER STATUTE  OTH-ER | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| US Bankruptcy Court | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE Sam Martin |

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)        The ACORD name and logo are registered marks of ACORD